I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·9·10

DEPUTY CLERK

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHARLES A. JONES,

    Petitioner,

vs.

T. BUSBY, Warden,

    Respondent.

Case No. CV 10-3293-VAP (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 6, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE